UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIRGINIA B. DUBROC

CIVIL ACTION

VERSUS

15-161-SDD-EWD

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated June 13, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, under sentence four of 42 U.S.C. §405(g), the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the application for disability insurance benefits filed by Plaintiff, Virginia B. Dubroc, shall be affirmed and this action shall be dismissed.

Baton Rouge, Louisiana the 20 day of July, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.